**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN BADILLO, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. ED CV 19-171 PA (SHKx)<br><br>Assigned to the Hon. Percy Anderson<br><br>**ORDER GRANTING DISMISSAL**<br><br><br>Complaint Filed: November 21, 2018<br>Removed: January 28, 2019 |

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that this action be, and is hereby, dismissed with prejudice as to named Plaintiff Darren Badillo and without prejudice as to any putative class members with each party bearing that party's own attorney's fees and costs.

Dated: July 18, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE